# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KINNALLY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>　　　　Defendant. | Case No.: 24-cv-1454-AGS-JLB<br><br><br>**CERTIFICATE OF SERVICE** |

I, Erin M. Dimbleby, declare as follows:

I am a citizen of the United States and over the age of eighteen years. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I am causing, on April 4, 2025, service of the following document:

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

to Plaintiff in propria persona, via email, and at his address of record in this case:

Peter Kinnally
1654 Tavern Road
Alpine, CA 91901

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2025

　　　　　　　　　　　　　　　　　　　*s/ Erin M. Dimbleby*
　　　　　　　　　　　　　　　　　　　ERIN M. DIMBLEBY